**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ANDREW JAMES**                                                                                          **PLAINTIFF**

**V.**                                            **NO. 4:22-CV-123-DMB-JMV**

**LULA STONE, LPN; et al.**                                                     **DEFENDANTS**

## **JUDGMENT**

In accordance with the "Opinion and Order" entered this day, summary judgment is granted in favor of the defendants.

**SO ORDERED**, this 4th day of January, 2024.

                                                               /s/Debra M. Brown
                                                               **UNITED STATES DISTRICT JUDGE**